UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-05-00542-2 |
| | § | |
| MONICA COLEMAN, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day came on to be considered the Defendant Monica Coleman's Motion to Reinstate Conditions of Pretrial Release. Due to Defendant Monica Coleman's diminished capacity and health problems, the Court grants Defendant Monica Coleman's Motion to Reinstate Conditions of Pretrial Release.

Accordingly, the Court hereby ORDERS that Defendant Monica Coleman's original conditions of pretrial release are hereby reinstated effective at 9:00 a.m. on Friday, April 7, 2006, with the following added conditions:

1) Curfew restriction from 9:00 p.m. to 6:00 a.m.

2) Defendant shall not have any contact with any co-defendants or co-defendants' family members.

Upon release, Defendant Monica Coleman shall observe all conditions of pretrial release originally imposed upon her as well as those added conditions set out in this order. The U.S. Marshal shall release Defendant Monica Coleman from custody upon being presented with an

executed copy of this Order.

SIGNED this 6th day of April, 2006.

_____
Janis Graham Jack
United States District Judge